```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
   Ryze, Inc.,                          :
                                        :
                        Plaintiff,      :        26cv2688 (DLC)
              -v-                        :
                                        :             ORDER
The Individuals, Corporations, Limited  :
Liability Companies, Partnerships, and  :
Unincorporated Associations Identified  :
on Schedule A to the Complaint,         :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This action was filed on April 1, 2026.  Defendants were served on April 28, and their deadline to answer the complaint is May 19.  No defendant has appeared in this action, including at the preliminary injunction hearing held on May 8, 2026. Accordingly, it hereby

ORDERED that plaintiff's motion for entry of default judgment against any defendants who fail to answer or otherwise respond to this action is due **June 26, 2026.**  Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that a default judgment hearing is scheduled for **July 10, 2026** at **10:30 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.  An Initial Pretrial Conference will also take place at that time in the event that any defendant has answered or otherwise responded to the complaint.

Dated:    New York, New York
          May 8, 2026

                                   _____
                                         DENISE COTE
                                   United States District Judge

2